Michael A. Faillace, Esq. [MF-8436]
John A. Karol [JK-9899]
Michael Faillace & Associates, P.C.
110 E. 59th Street, 32nd Floor
New York, New York 10022
Tel: (212) 317-1200
Fax: (212) 317-1620
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

William Padilla et al.,                                    **08 Civ. 0072 (SAS)**

                    *Plaintiffs*,         **NOTICE OF APPEARANCE**

    -against-

Clever Enterprises, Inc., et al.,

                    *Defendants.*
---------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Michael A. Faillace, the undersigned, Managing Partner of Michael Faillace & Associates, P.C., located at 110 East 59th Street, 32nd Floor, New York, New York 10022, hereby enters his appearance in this matter as counsel for Defendants Clever Enterprises, Inc. and Clever Martinez. The undersigned is admitted to practice in this Court.

      PLEASE TAKE FURTHER NOTICE that John Alexander Karol, also undersigned, Associate of Michael Faillace & Associates, P.C., located at 110 East 59th Street, 32nd Floor, New York, New York 10022, hereby enters his appearance in this matter as counsel for

- 2 -

Defendants Clever Enterprises, Inc. and Clever Martinez. The undersigned is admitted to practice in this Court.

Dated: New York, New York
       February 19, 2008

        By:       /s/
              Michael Faillace [MF-8436]

        By:       /s/
              John A. Karol [JK-9899]

              Michael Faillace & Associates, P.C.
              110 E. 59th Street, 32nd Floor
              New York, New York 10022
              Tel: (212) 317-1200
              Fax: (212) 317-1620
              *Attorneys for Defendants*