John A. Karol [JK-9899]
Michael Faillace & Associates, P.C.
110 E. 59th Street, 32nd Floor
New York, New York 10022
Tel: (212) 317-1200
Fax: (212) 317-1620
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

| | |
|---|---|
| William Padilla et al., | 08 Civ. 0072 (SAS) |
| *Plaintiffs*, | **NOTICE OF CHANGE OF** |
| -against- | **ADDRESS FOR ATTORNEY** |
| Clever Enterprises, Inc., et al., | **JOHN A. KAROL** |
| *Defendants*. | |

---------------------------------------------------------X

### NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: John Alexander Karol, Attorney

- I am a U.S.D.C., Southern District of New York attorney.

- My Bar Number is: JK-9899

- I will continue to be counsel of record on the above-entitled case at my new firm/agency.

- 2 -

    Address:    Michael Faillace & Associates, P.C.

    110 E. 59th Street, 32nd Floor

    New York, NY 10022

Telephone Number: 212-317-1200

Fax Number: 212-317-1620

E-Mail Address: john@faillacelaw.com


Dated: February 19, 2008


    By:    /s/
    John A. Karol [JK-9899]


    Michael Faillace & Associates, P.C.
    110 E. 59th Street, 32nd Floor
    New York, New York 10022
    Tel: (212) 317-1200
    Fax: (212) 317-1620
    *Attorneys for Defendants*