UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
------------------------------------------------------------

J/m  Padilla

v

Clever Enterprises

                                                 X
------------------------------------------------------------

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 0072 (SAS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion:_____

   _____

   All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
         Feb 19, 2008

                                                  _____
                                                  United States District Judge