UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

Padilla et al.,

              Plaintiffs   :

- against -              :

Clever Enterprises, Inc. et al.,  :

              Defendant(s).  :

-----------------------------------X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/19/08]

**SCHEDULING ORDER**

08 Civ. 072 (SAS)

**Conference Date:**

Feb. 19, 2008

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on 2/5/08 (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties; Feb. 19, 2008
        Robert L. Kraselnik, Esq. for πs
        John A. Karol, Esq. for Δs

(2)    a concise statement of the issues as they then appear;
        πs seek damages under FLSA & NYLL for unpaid wages & overtime
        Δs seek to Amend Answer

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;
        Clever Martinez, William Padilla & Jaime Pacurucu
        June 1, 2008, Last Day to Conduct Depositions

    (b) a schedule for the production of documents;
        Amended Answer Due March 4, 2008, Mar 11, 2008 FRCP Rule 26 Init. Disclosure Due, March 25, 08 Initial Discovery Requests Due, Apr. 22, 2008, Last Day to Amend to Add add'l parties, May 1, 2008

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and last day to move for class certification under FLSA 216(b)
        (ii) each expert's deposition will be completed;
        Aug. 1, 2008

    (d) time when discovery is to be completed; → July 1, 2008
        July 1, 2008

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

Sept. 1, 2008

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

Sept. 8, 2008

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

July 17 at 4:30 ~~Sept 15, 2008~~ _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

As request confid. stip prior to some production

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

Jewelry Setting

(7) anticipated length of trial and whether to court or jury;

3 days / jury

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

Yes.

(9) names, addresses, phone numbers and signatures of counsel;

John

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.