Michael Faillace [MF-8436]
John A. Karol [JK-9899]
Michael Faillace & Associates, P.C.
110 East 59th Street, 32nd Floor
New York, New York 10022
(212)317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

WILLIAM PADILLA et al.,                          **1:08-cv-0072-SAS-HBP**

                                *Plaintiffs*,          **Rule 7.1 Statement for**
                                                       **Defendant Clever**
                -against-                              **Enterprises, Inc.**

CLEVER ENTERPRISES, INC. et al.,                 **ECF Case**

                                *Defendants.*
-----------------------------------------------------------------X

        Defendant Clever Enterprises, Inc. ("Clever Enterprises"), by and through their counsel,

Michael Faillace & Associates, P.C., for their Rule 7.1 Statement hereby state as follows:

        Clever Enterprises has no parent corporation, and no publicly held corporation owns 10%

or more of its stock.


Dated: New York, New York
        March 4, 2008

                                        Respectfully submitted,

                                        MICHAEL FAILLACE & ASSOCIATES, P.C.


                        By:    _____/s/ John Karol_____
                                Michael A. Faillace (MF-8436)
                                John A. Karol (JK-9899)
                                110 E. 59th Street, 32nd Floor
                                New York, NY 10011
                                *Attorneys for Defendants*