## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I, Claudio Pazan, am an employee currently or formerly employed by Clever Enterprises, Inc., Clever Martinez, and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Contract for Legal Services signed by the named plaintiff in this case.

_____
Claudio Pazan

_____2.25.08_____
Date