LAW OFFICES OF
ROBERT L. KRASELNIK, PLLC
Robert L. Kraselnik (RK 0684)
40 Wall Street, 28th Floor
New York, NY 10005
Tel.: 212-400-7160
Fax: 212-400-7162
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

WILLIAM PADILLA and JAIME PACURUCU,
on behalf of themselves and other similarly situated employees,

        Plaintiffs,

v.

CLEVER ENTERPRISES, INC. and CLEVER MARTINEZ

        Defendants.

---

Case No.: 08 CV 0072

**PLAINTIFF'S MARCH 11, 2008 NOTICE OF FILING CONSENT**

    Pursuant to 29 U.S.C. § 216(b), the following individual(s) herby submit a written notice of consent:

    1.    Claudio Pazan

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I, Claudio Pazan, am an employee currently or formerly employed by Clever Enterprises, Inc., Clever Martinez, and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Contract for Legal Services signed by the named plaintiff in this case.

Claudio Pazan