

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

PADILLA, et al.

        Plaintiffs,          08 Civ. 0072 (SAS)

 -against-          *PARTIAL* STIPULATION AND ORDER OF DISMISSAL

CLEVER ENTERPRISES, INC., et al.

        Defendants,

------------------------------x

It having been reported to this Court that *certain claims in* the above entitled action has been settled,

It is, on this 18th day of April, 2008.

ORDERED that the claims of Claudio Pazan only be, and the same hereby is, discontinued with prejudice and without costs provided that within Eight (8) *months* of the date of this Order, Mr. Pazan's claims may be reinstated for good cause shown.

Dated: New York, New York
       April 18, 2008

CONSENTED TO:

Robert L. Kraselnik PLLC

By: Robert L. Kraselnik, Esq.
Attorney for Plaintiffs

Michael A. Faillace & Assocs., PC

By: John A. Karol, Esq.
Attorney for Defendants

Dated: New York, New York
       April 21, 2008

SO ORDERED:

Hon. Shira A. Scheindlin
United States District Judge