USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x

Padilla et al.,

          Plaintiff,

   - against -

Clever Enterprises, Inc., et al.,

          Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - x

[Proposed]
FIRST REVISED
SCHEDULING ORDER

08 Civ. 072 (SAS)
Conference Date:

A SCHEDULING ORDER

WHEREAS, the Court issued ~~an Order for a Conference in accordance with Fed. R. Civ. P.~~ ~~16(b)~~ on Feb. 19, 2008 (the "Order"); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

      Initial Conf. was conducted Feb. 19, 2008. This [Proposed] Order modifies the Scheduling Order set on that date.

(2)    a concise statement of the issues as they then appear;

      Tis seek damages for alleged violation of 29 USC 201 et seq (FLSA) & the New York Labor Law.

(3)    a schedule including:

      (a) the names of persons to be deposed and a schedule of planned depositions;

      Depositions noticed for Clever Martinez, William Padilla & Jamie Pacuracu August 22 - Last day to conduct depositions

      (b) a schedule for the production of documents;

      No later than Aug. 29, 2008

      (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

      i - Sept 5, 2008
      ii - Sept. 19, 2008

      (d) time when discovery is to be completed;

      First round of discovery completed. All discovery to close by Aug. 29, 2008.

      Motions to compel (if any) to be filed by Aug. 1, 2008 concerning the parties ~~first round of discovery requests~~.

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

~~Sept 30.~~ ~~Oct. 24,~~ 2008

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and   ~~Oct 31, 2008~~   Oct 10, 2008

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

Sept 18 at 4:30 _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement; Πs + Δs are seeking to resolve outstanding issues and if unable to resolve them, must move to compel by Aug. 1, 2008 with respect to first exchanged requests.

(6) anticipated fields of expert testimony, if any; Jewelry Industry - Standard practice re: Jewelry Setting

(7) anticipated length of trial and whether to court or jury; 3 days / Jury

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires; NO further adjournments

(9) names, addresses, phone numbers and signatures of counsel;

Πs - Robert Krasnik, Esq., Law Offices of Robert L. Krasnik, PLLC
40 Wall Street, 28th Fl., NY NY 10005, 212-400-7162

SO ORDERED: Δs - John Karel, Esq., Michael Frillano + Assoc., PC
110 E 59th St., 32nd Fl., NY NY 10038, 212-317-1200

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

7/17/08